UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Nikki Bowns,

    Plaintiff,

v.                                                                                           Case No. 14-11520

Carolyn W. Colvin, Acting                                                Honorable Sean F. Cox
Commissioner of Social Security,                                    Magistrate Judge Elizabeth A. Stafford

    Defendant.
_____/

**ORDER
ACCEPTING AND ADOPTING REPORT & RECOMMENDATION**

This is a social security appeal. On April 15, 2014, Plaintiff Nikki Bowns filed her Complaint with this Court against the Commissioner of Social Security, appealing an Administrative Law Judge's denial of her child and adult Supplemental Security Income ("SSI") application. (Doc. #1).

On October 13, 2014, Plaintiff filed a Motion For Summary Judgment (Doc. #19). On December 12, 2014, Defendant filed a Cross-Motion for Summary Judgment (Doc. #22). This case was referred to Magistrate Judge Elizabeth A. Stafford for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). (Doc. #4, Doc. #24).

On June 15, 2015, Magistrate Judge Stafford issued a Report and Recommendation ("R&R") wherein she recommended that this Court DENY Defendant's Motion, GRANT IN PART and DENY IN PART Plaintiff's motion, and REMAND the case pursuant to Sentence Four of 42 U.S.C. § 405(g). (R&R, Doc. #25).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

1

matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ADOPTS the June 15, 2015 R&R. IT IS ORDERED that Defendant's Motion for Summary Judgment (Doc. #22) is DENIED. It is FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (Doc. #19) is GRANTED IN PART and DENIED IN PART. Plaintiff's Motion for Summary Judgment is granted to the extent that the Court hereby REMANDS the case for further proceedings consistent with the June 15, 2015 R&R, and denied in all other respects.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: July 16, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 16, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager